UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DOUGLAS MACKENZIE, | ) | 1:11-cv-00027-MJS HC |
| Petitioner, | ) | |
| v. | ) | ORDER GRANTING PETITIONER'S MOTION TO VOLUNTARILY DISMISS PETITION |
| P.L. VAZQUEZ, Warden, et al., | ) | [Doc. 16] |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On July 21, 2011, Petitioner filed a motion to dismiss, without prejudice, his petition for writ of habeas corpus. (Mot., ECF No. 16.) Pursuant to Fed. Rule of Civ. Proc. 41(a)(1) Petitioner may voluntarily dismiss the action without prejudice. (See Rule 12, Rules Governing Section 2254 Cases, "The Federal Rules of Civil Procedure, to the extent that they are not inconsistent with any statutory provisions or these rules, may be applied to a proceeding under these rules.")

Accordingly, good cause having been presented to the Court, IT IS HEREBY ORDERED that the petition is DISMISSED without prejudice. All pending motions (ECF Nos.

1  8, 9, 10, 12, and 15.) are DENIED as MOOT in light of the dismissal of the action.

IT IS SO ORDERED.

Dated:     July 26, 2011                       /s/ *Michael J. Seng*
                                               UNITED STATES MAGISTRATE JUDGE